AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF Massachusetts _____

UNITED STATES OF AMERICA

v.

CHARLES JOHNSON
35 WALES STREET, APT. #5, DORCHESTER, MA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 2005 M 0453 RBC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 31, 2005 in Suffolk county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense) having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, possessed, in and affecting commerce, a firearm, to wit: HiPoint .380 caliber semi-automatic pistol, bearing serial number P777317.

in violation of Title 18 United States Code, Section(s) 922(g)(1)

I further state that I am a(n) ATF Special Agent and that this complaint is based on the following
                                Official Title
facts:

See attached affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

03-31-2005                                     at   Boston, Massachusetts
Date                                                 City and State

Magistrate Judge Robert B. Collings
Name & Title of Judicial Officer                     Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT OF MICHAEL OPPENHEIM

I, Michael Oppenheim, on oath depose and state the following:

1. I am a Special Agent with the U.S. Department of Justice's U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I have been employed by ATF for more than three and a half years.

2. I currently am assigned to Boston Group II, a group of ATF agents who work primarily with the Boston Police Department in the investigation of violations of federal firearms laws. I have participated in numerous investigations relating to the unlawful possession of firearms by convicted felons during the course of my service as an ATF special agent. I know from my training and experience that it is a violation of 18 U.S.C. § 922(g)(1) for a person who has been convicted of a crime punishable by a term of imprisonment in excess of one year to possess a firearm that has crossed a state or national boundary.

3. I recently commenced an investigation of an individual identified as CHARLES JOHNSON, d/o/b 06/14/74, of 35 Wales Street, Apartment #5, Dorchester, MA ("the target premises"). My investigation was prompted by the receipt of information from a confidential and reliable source ("CI"), who related that JOHNSON was in possession of a black firearm in the target premises.

4. The CI related to me that JOHNSON resides in the target premises with his girlfriend "Leila." My own investigation

corroborated that information. I learned that Massachusetts Registry of Motor Vehicles records reflected that one Leila Walker, d/o/b 01/17/71, resides at the target premises and has a white 1990 Honda Accord registered to her at that address. I also learned from personnel at NSTAR, the electrical service provider for the target premises, that the electrical service at the target premises are in the name of Leila Walker. I and fellow agents and officer conducted surveillance of the target premises on multiple occasions in February and March 2005 and observed JOHNSON coming and going from the apartment, as well as riding in the white Honda with Walker and entering the premises with her.

5. Based on information I had received from the CI, as well as my own investigation, on March 30, 2005 I applied for and obtained a federal warrant to search the target premises. In the early morning of March 31, 2005, fellow ATF agents, Boston Police officers, and I executed the search warrant.

6. Upon the arrival of the search team in the vicinity of 35 Wales Street, we set up surveillance of the building. We observed JOHNSON exit the building with Walker at approximately 6:50 AM. JOHNSON and Walker entered the white Honda registered to Walker, and began to drive away from the premises. I and other officers stopped the vehicle, detained JOHNSON, and advised of him the existence of the search warrant. At that point, Walker gave me the keys to the target premises. I returned with

Walker and JOHNSON to the target premises. A full search was then conducted. The apartment is comprised of two bedrooms, a kitchen, a livingroom, and a bathroom. One of the bedrooms appeared to be the one in which JOHNSON and Walker stayed, as it contained both men and women's clothing, as well as documents in both of their names, including mail addressed to JOHNSON. The other bedroom appeared to be that of a teenager who lives in the apartment with JOHNSON and Walker. In the master bedroom, underneath the bed, the searching agents and officers found a small safe or lockbox was found underneath the bed. It was opened and found to contain a black HiPoint .380 caliber semi-automatic pistol/revolver bearing serial number P777317. Also in the box was a bag containing what is believed to be a quantity of cocaine base, or crack cocaine, as well as a scale and some baggies.

7. Based upon my training and experience I know that HiPoint firearms are not manufactured in the Commonwealth of Massachusetts.

8. I have reviewed a copy of JOHNSON'S criminal record, as maintained by the Massachusetts Criminal History Systems Board. That record indicates that prior to March 31, 2005, JOHNSON had been convicted of a crime punishable by imprisonment for a term exceeding one year.

9. Based upon the foregoing, there is probable cause to believe that on or about March 31, 2005, in Dorchester, within

the District of Massachusetts, CHARLES JOHNSON, after having previously been convicted of a felony offense, did knowingly possess a firearm in and affecting commerce, to wit: a black HiPoint .380 caliber semi-automatic pistol bearing serial number P777317, in violation of 18 U.S.C. § 922(g)(1).

MICHAEL OPPENHEIM
Special Agent
Bureau of Alcohol, Tobacco
and Firearms

Subscribed and sworn to before me on this thirty-first day of March, 2005.

ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE

JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

Place of Offense: Dorchester, MA    Category No. II    Investigating Agency ATF

City    Dorchester    Related Case Information:

County    Suffolk

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number    2005M0451RBC
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name    CHARLES JOHNSON    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address    35 WALES STREET, APT. #5, DORCHESTER, MA

Birth date (Year only): 1974    SSN (last 4 #): ___    M   Sex ___    Race: _____    Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

### U.S. Attorney Information:

AUSA    S. WAQAR HASIB    Bar Number if applicable    California 234818

Interpreter:    ☐ Yes    ☒ No    List language and/or dialect: _____

Matter to be SEALED:    ☐ Yes    ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

### Location Status:

Arrest Date:    March 31, 2005

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____    on _____

Charging Document:    ☒ Complaint    ☐ Information    ☐ Indictment

Total # of Counts:    ☐ Petty ___    ☐ Misdemeanor ___    ☒ Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:    March 31, 2005    Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     CHARLES JOHNSON

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 922(g)(1) | Felon in possession of a firearm | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**