# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

V.                            MAGISTRATE JUDGE'S DOCKET
                                 NO. 05M0453RBC

CHARLES JOHNSON.

## *ORDER PURSUANT TO RULE 5.1, FED.R.CRIM. P.*

COLLINGS, U.S.M.J.

    The defendant appeared with counsel on April 4, 2005. After hearing, I find that there is probable cause to believe that the defendant committed the crime with which he is charged in the Complaint.

    Accordingly, pursuant to Rule 5.1(a), Fed.R. Crim. P., it is ORDERED that the defendant be, and he hereby is, held to answer in the District Court.

    Pursuant to Rule 5.1(c), Fed.R. Crim. P., all papers in the above-styled

case are TRANSMITTED herewith to the District Court.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date: April 4, 2005.